USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA and STATE OF : 03 Civ. 7250 (SHS)
NEW YORK *ex rel.* JITENDRA NATH MISHRA,

                          Plaintiffs,     :

        -against-                  :     ORDER

NYSARC, INC., New York City Chapter, *ET AL.*, :

                         Defendants.    :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judges.

       A pretrial conference having been held today, with counsel for all parties present,

       IT IS HEREBY ORDERED that:

       1.    Defendants' motion to dismiss is due on or before May 22, 2009;

       2.    Plaintiffs' opposition is due on or before June 8, 2009; and

       3.    Defendants' reply is due on or before June 19, 2009.

Dated: New York, New York
       April 27, 2009

                                                  SO ORDERED:

                                                  Sidney H. Stein, U.S.D.J.